## COCK v. MARSHALL GAS CO.   (No. 2166.)

(Court of Civil Appeals of Texas. Texarkana. Feb. 9, 1920. Rehearing Denied Feb. 12, 1920.)

Appeal and error ⬳79(2)—Judgment denying recovery to one of two plaintiffs with no disposition as to other not appealable.

A judgment denying recovery to one of two plaintiffs and requiring him to pay the costs, but making no disposition of the suit by the other plaintiff, is not a final judgment, and an appeal therefrom must be dismissed.

Appeal from District Court, Harrison County; P. O. Beard, Judge.

Action by W. T. Cock and another against the Marshall Gas Company. From judgment that plaintiff Cock take nothing by his suit, that plaintiff appeals. Appeal dismissed.

S. P. Jones, of Marshall, for appellant.
T. W. Davidson, of Marshall, for appellee.

---

WILLSON, C. J. This suit was by appellant and H. L. Rowe against appellee, in which judgment was rendered that appellant take nothing and that appellant recover costs of him. No disposition was made of the suit so far as it was by Rowe against appellee. As, therefore, the judgment is not a final one (Benge v. Sledge, 62 Tex. Civ. App. 301, 132 S. W. 873; Jackson v. Coombs, 65 S. W. 385; Machine Co. v. Lipper, 179 S. W. 701), this court is without power to revise it, and cannot do otherwise than dismiss the appeal.